# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 336 MAL 2013
:
               Petitioner : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
TWYJUAN DEMETRIC JENKINS, :
:
               Respondent :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.